UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN C. THOMPSON, | |
| Plaintiff, | Case No. 09-4736 (PGS) |
| v. | ORDER ON APPLICATION |
| COMMISSIONER OF SOCIAL SECURITY, | TO PROCEED WITHOUT PREPAYMENT OF FEES |
| Defendants | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

**IT IS ORDERED** that the application is:

✓ GRANTED, and

✓ The clerk is directed to file the complaint; and

**IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by plaintiff. All costs of service shall be advanced by the United States.

___ DENIED, for the following reasons:

_____
PETER G. SHERIDAN, U.S.D.J.

November 9, 2009